IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RYAN PENGELLY,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD ZIMMERMAN, ERIC BRINTON, KIPP TKACHYK, GENO COOK, CITY OF KALISPELL, and FLATHEAD COUNTY,<br><br>Defendants. | CV 19–10–M–DLC<br><br><br><br>ORDER |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice (Doc. 71),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 28th day of January, 2021.

_Dana L. Christensen_
Dana L. Christensen, District Judge
United States District Court